Matter of Martin (2025 NY Slip Op 00014)

Matter of Martin

2025 NY Slip Op 00014

Decided on January 2, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 2, 2025

PM-03-25
[*1]In the Matter of Elizabeth Napier Martin, an Attorney. (Attorney Registration No. 2317667.)

Calendar Date:December 23, 2024

Before:Clark, J.P., Aarons, Ceresia, Fisher and Powers, JJ.

Elizabeth Napier Martin, Evanston, Illinois, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Elizabeth Napier Martin was admitted to practice by this Court in 1990 and lists a business address in Evanston, Illinois with the Office of Court Administration. Martin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Martin's application.
Upon reading Martin's affidavit sworn to November 19, 2024 and filed November 25, 2024, and upon reading the December 17, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Martin is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Clark, J.P., Aarons, Ceresia, Fisher and Powers, JJ., concur.
ORDERED that Elizabeth Napier Martin's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Elizabeth Napier Martin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Elizabeth Napier Martin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Martin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Elizabeth Napier Martin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.